# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL SELLERS, as Personal Representative
of the Estate of Amber Sellers, Deceased,

    Plaintiff,

v.                                                                          No.1:24-cv-00162-SMD-GBW

HUMANA INSURANCE COMPANY and
MANHATTAN LIFE INSURANCE COMPANY,

    Defendants.

## HUMANA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Humana Insurance Company ("Humana"), pursuant to Federal Rules of Civil Procedure ("FED. R. CIV. P.") Rule 56, and D.N.M.LR-Civ. 56., hereby moves the Court for an order granting summary judgment in favor of Humana on Count I, Civil Enforcement (ERISA § 502(a)(1)(B))[1], of Plaintiff Michael Sellers' ("Plaintiff") Second Amended Complaint (Doc. 59).[2]

Humana's motion is supported by the memorandum of law filed contemporaneously herewith and the statement of facts therein, which demonstrate Humana is entitled to judgment as a matter of law, as Plaintiff failed to exhaust his required administrative remedies.

In further support of its motion, Humana relies on the complete Administrative Record filed with this Court on March 7, 2025. (Docs. 61 - 61-3).

---

[1] Employee Retirement Income Security Act of 1974, as amended (29 U.S.C. §§ 1001 *et seq.*) at 1132(a)(1)(B).

[2] The remaining counts (II-IV) of Plaintiff's Second Amended Complaint (Doc. 59, ¶¶ 48-76) are alleged against Defendant Manhattan Life Insurance Company and, therefore, are not addressed in this Motion or Humana's Memorandum In Support.

LONG, KOMER & ASSOCIATES, P.A.

*/s/ Mark E. Komer*
Mark E. Komer
P.O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

and

FENNEMORE CRAIG, P.C.

Andrea L. Marconi
David L. Sieck
2354 E Camelback Road, Suite 600
Phoenix, AZ 85016-9077
602-916-5335
AMarconi@fennemorelaw.com
DSieck@fennemorelaw.com

*Attorneys for Defendant Humana Insurance Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2025, I filed the foregoing Humana Insurance Company's Motion for Summary Judgment electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David M. Houliston
david@houlistonlaw.com

*Attorneys for Plaintiff*

Bryan C. Garcia
Jessica Czajkowski
bgarcia@garcialawgroupllc.com
jczajkowski@garcialawgroupllc.com

*Attorneys for Defendant*
*Manhattan Life Insurance Company*

                /s/  Mark E. Komer
                Mark E. Komer

51595979